

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2017

No. 04-17-00027-CR

**IN RE** Charles A. **LHERAULT**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Marialyn Barnard, Justice
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice

On January 17, 2017, Relator filed a petition for writ of mandamus. The petition complains the trial court has not ruled on a motion Relator filed with the trial court requesting copies of records from his trial. Relator seeks a writ of mandamus directing the trial judge to rule on the motion. The alleged refusal to rule occurred in 2016, when the Honorable Mary Roman was the presiding judge of the 175th District Court of Bexar County, Texas. Relator identifies Judge Roman as the respondent in his petition for mandamus. However, Judge Roman is no longer the presiding judge of the 175 District Court.

Pursuant to the Texas Rules of Appellate Procedure, we ABATE this proceeding for thirty days from the date of this order to allow the newly elected judge of the 175th District Court of Bexar County, Texas to consider Relator's motion. *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision."). The trial judge is directed to consider the motion in question and determine what action, if any, to take upon said motion.

Relator is ORDERED to file in this court either the appropriate motion to dismiss this original proceeding or an amended petition for writ of mandamus and appendix no later than fourteen days following the expiration of the thirty-day abatement.

It is so **ORDERED** on January 20, 2017.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013CR10281, styled *State of Texas v. Charles A. Lherault*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Catherine Torres-Stahl presiding.

ATTESTED TO: _____

Keith E. Hottle, Clerk

